**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-14055-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**KWAME HOLMES**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 34]. On November 18, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 30] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 13] pursuant to a written plea agreement [ECF No. 31] and a stipulated factual proffer [ECF No. 32]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the sole count of the Indictment [ECF No. 34]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 34] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Kwame Holmes as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 22-14055-CR-CANNON

3. Defendant Kwame Holmes is adjudicated guilty as to the sole count of the Indictment, which charges him with failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a) [ECF No. 13].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of December 2022.

                                   **AILEEN M. CANNON**
                                   **UNITED STATES DISTRICT JUDGE**

cc: counsel of record