UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-14055-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KWAME HOLMES,

    Defendant.
_____:

## DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT

Defendant, Kwame Holmes, through undersigned counsel, submits the following objection to the presentence investigation report. Specifically, Defendant states:

As to paragraph 5, Defendant was discharged from Plant A Seed Ministries. However, the manager/director of the organization, Pete Byrd, testified at the bond revocation hearing that he observed Defendant and an unauthorized visitor sitting in a vehicle in the parking lot on the premises. Mr. Byrd testified that he did *not* observe any sexual activity. The unauthorized visitor, Erica Dennison, testified that she and Defendant were drinking smoothies and there was no sexual activity. At the conclusion of

1

the violation hearing, the Court reinstated Defendant's bond with the condition that he reside at Sunset Inn. .

                Respectfully submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

                s/ Peter Birch
                Peter Birch
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 304281
                450 South Australian Ave., Suite 500
                West Palm Beach, FL 33401
                TEL: (561) 833-6288
                Peter_Birch@FD.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF   or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                *s/Peter Birch*
                Peter Birch